**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RACHEL GENEVA ERNEST, | : | NO. 4:24-CV-00669 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO,[1] | : | |
| *Commissioner of Social Security,* | : | |
| Defendant. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1) The decision of the Commissioner of Social Security denying the Plaintiff's benefits under the Social Security Act is **AFFIRMED**;

(1) Final judgment will be entered in the Defendant's favor; and

(2) The Clerk of Court is directed to **CLOSE** this case.

Date: March 30, 2026

s/*Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action is needed to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Page 1 of 1